# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140297(73)
140299(72)

In re INVESTIGATIVE SUBPOENAS.
_____

GRAND TRAVERSE COUNTY PROSECUTOR,
        Petitioner-Appellee,

v

MEIJER, INC.,
        Respondent-Appellee,

and

DICKINSON WRIGHT EMPLOYEES,
        Respondents-Appellants.
_____

SC: 140297
COA: 284993
Grand Traverse CC:
        08-026516-PZ

In re INVESTIGATIVE SUBPOENAS.
_____

GRAND TRAVERSE COUNTY PROSECUTOR,
        Petitioner-Appellee,

v

MEIJER, INC.,
        Respondent-Appellant,

and

DICKINSON WRIGHT EMPLOYEES,
        Respondents-Appellees.
_____

SC: 140299
COA: 284993
Grand Traverse CC:
        08-026516-PZ

On order of the Chief Justice, motions by respondents-appellants for extension to September 24, 2010 of the time for filing their briefs are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2010

_____
Clerk